UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CVC, INC.,

                      Plaintiff,

       v.

ORIDION CAPNOGRAPHY, INC.,

                      Defendant.
----------------------------------------------------------X

JUDGE CEDARBAUM

**RULE 7.1 STATEMENT**

ECF CASE

CIV. ACTION NO.:

07 cv 4561

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for plaintiff, CVC, INC., ("CVC") hereby certifies that there is no parent corporation nor publicly held corporation that owns 10% or more of the stock of plaintiff, CVC, INC., ("CVC").

Dated: New York, NY
         May 30, 2007

                                    PHILLIPS NIZER LLP

                                    By: _____
                                         Henry A. Lowet (HL 1957)
                                         HLowet@PhillipsNizer.com

*Attorney for Plaintiff*
666 Fifth Avenue
New York, NY 10103
(212) 977-9700

1007296.1