SCANNED                                   ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVC, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ORIDION CAPNOGRAPHY, INC., )<br>)<br>Defendant. )<br>) | CIV. ACTION NO.: 07 cv 4561<br><br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Henry A. Lowet a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

Mitchell A. Kramer
Kramer & Kramer, LLP
1077 Rydal Road
Suite 100
Rydal, PA 19046
(215) 887-9030
facsimile (215) 887-9240

Mitchell A. Kramer is a member in good standing of the Bar of the State of Pennsylvania as well as those courts listed in Exhibit A attached hereto.

There are no pending disciplinary proceedings against Mitchell A. Kramer in any State or Federal court.

Dated: 05/29/07

Respectfully submitted,

/s/ H. A. Lowet

Henry A. Lowet, Esquire
Attorney I.D. HL1957
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
facsimile (212) 262-5152

EXHIBIT A

Mitchell A. Kramer, Esquire

| | |
|---|---|
| Pennsylvania Supreme Court | 01/06/58 |
| Supreme Court of U.S. | 12/09/68 |

U.S. Courts of Appeals:

| | |
|---|---|
| District of Columbia Circuit | 11/29/95 |
| First Circuit | 10/08/99 |
| Second Circuit | 08/02/93 |
| Third Circuit | 01/07/58 |
| Sixth Circuit | 06/18/87 |
| Seventh Circuit | 12/31/87 |
| Eighth Circuit | 09/11/85 |
| Tenth Circuit | 04/08/86 |
| Eleventh Circuit | 06/11/85 |

U.S. District Courts:

| | |
|---|---|
| Eastern District of Pennsylvania | 01/07/58 |
| Western District of Texas | 07/13/04 |
| Eastern District of Wisconsin | 10/02/92 |
| Middle District of Pennsylvania | 05/19/89 |
| Western District of Pennsylvania | 04/22/03 |
| Western District of Wisconsin | 11/12/02 |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVC, INC., ) | |
| ) | |
| Plaintiff, ) | CIV. ACTION NO.: |
| v. ) | |
| ) | AFFIDAVIT OF |
| ORIDION CAPNOGRAPHY, INC., ) | HENRY A. LOWET |
| ) | IN SUPPORT OF MOTION |
| Defendant. ) | TO ADMIT COUNSEL |
| ) | PRO HAC VICE |

Henry A. Lowet, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Mitchell A. Kramer as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1958. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mitchell A. Kramer since 1951.

4. Mitchell Kramer is senior partner of Kramer & Kramer, LLP in Rydal, Pennsylvania and Ann Arbor, Michigan.

5. I have found Mr. Kramer to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mitchell A. Kramer, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mitchell A. Kramer, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Mitchell A. Kramer, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:

Sworn to this 29th day
of May, 2007

_____
Notary Public

LYNN ANN DALY
NOTARY PUBLIC, State of New York
No. 01DA4730298
Qualified in New York County
Commission Expires Dec. 31, 2010

Respectfully submitted,

_____
Henry A. Lowet
Attorney I.D. HL1957
666 Fifth Avenue
New York, NY 10103
(212) 977-9700
SDNY Bar Code:

Case 1:07-cv-04561-MGC   Document 3   Filed 06/29/2007   Page 4 of 14



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Mitchell A. Kramer, Esq.

#### DATE OF ADMISSION

#### January 6, 1958

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 31, 2007

_____
Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVC, INC., | ) |
| | ) |
| Plaintiff, | ) CIV. ACTION NO.: |
| v. | ) |
| | ) |
| ORIDION CAPNOGRAPHY, INC., | ) ORDER FOR ADMISSION |
| | ) PRO HAC VICE |
| Defendant. | ) ON WRITTEN MOTION |
| | ) |

Upon the motion of Henry A. Lowet, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Mitchell A. Kramer
Kramer & Kramer, LLP
1077 Rydal Road, Suite 100
Rydal, PA  19046
(215) 887-9030
mkramer@kramerandkramer.com

is admitted to practice pro hac vice as counsel for CVC, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

_____
United States District/Magistrate Judge

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVC, INC., ) | |
| ) | |
| Plaintiff, ) | CIV. ACTION NO.: 7 cv 4561 |
| v. ) | |
| ) | |
| ORIDION CAPNOGRAPHY, INC., ) | MOTION TO ADMIT COUNSEL |
| ) | PRO HAC VICE |
| Defendant. ) | |
| ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Henry A. Lowet a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

Barbara H. Kramer
Kramer & Kramer, LLP
24 Frank Lloyd Wright Drive
Lobby D
Ann Arbor, MI 48105
(734) 930-5452
facsimile (734) 665-8788

Barbara H. Kramer is a member in good standing of the Bar of the State of Michigan as well as those courts listed in Exhibit A attached hereto.

There are no pending disciplinary proceedings against Barbara H. Kramer in any State or Federal court.

Dated: 05/29/07

Respectfully submitted,

Henry A. Lowet, Esquire
Attorney I.D. HL1957
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
facsimile (212) 262-5152

EXHIBIT A

Barbara H. Kramer, Esquire

| | |
|---|---|
| Pennsylvania Supreme Court | 01/07/91 |
| Michigan Supreme Court | 11/18/93 |

U.S. District Courts:

| | |
|---|---|
| Eastern District of Michigan | 11/16/93 |
| Eastern District of Pennsylvania | 07/17/00 |
| Western District of Pennsylvania | 11/16/94 |
| Western District of Wisconsin | 11/11/02 |

U.S. Courts of Appeals:

| | |
|---|---|
| First Circuit | 10/12/04 |
| Sixth Circuit | 02/05/07 |
| Seventh Circuit | 06/03/05 |
| Tenth Circuit | 06/11/92 |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVC, INC., ) | |
| ) | |
| Plaintiff, ) | CIV. ACTION NO.: |
| v. ) | |
| ) | AFFIDAVIT OF |
| ORIDION CAPNOGRAPHY, INC., ) | HENRY A. LOWET |
| ) | IN SUPPORT OF MOTION |
| Defendant. ) | TO ADMIT COUNSEL |
| ) | PRO HAC VICE |

Henry A. Lowet, being duly sworn, hereby deposes and says as follows:

1.  I am of counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Barbara H. Kramer as counsel pro hac vice to represent Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1958. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Barbara H. Kramer since 2004.

4.  Barbara Kramer is a partner of Kramer & Kramer, LLP in Rydal, Pennnsylvania and Ann Arbor, Michigan.

5.  I have found Ms. Kramer to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Barbara H. Kramer, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Barbara H. Kramer, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Barbara H. Kramer, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:

Sworn to this 29th day
of May, 2007

_____
Notary Public

LYNN ANN DALY
NOTARY PUBLIC, State of New York
No. 01DA4730298
Qualified in New York County
Commission Expires Dec. 31, 2010

Respectfully submitted,

_____
Henry A. Lowet
666 Fifth Avenue
New York, NY 10103
(212) 977-9700
SDNY Bar Code:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVC, INC., | ) |
| Plaintiff, | ) CIV. ACTION NO.: |
| v. | ) |
| ORIDION CAPNOGRAPHY, INC., | ) ORDER FOR ADMISSION |
| | ) PRO HAC VICE |
| Defendant. | ) ON WRITTEN MOTION |

Upon the motion of Henry A. Lowet, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Barbara H. Kramer
Kramer & Kramer, LLP
24 Frank Lloyd Wright Drive
Lobby D
Ann Arbor, MI 48105
(734) 930-5452
bkramer@kramerandkramer.com

is admitted to practice pro hac vice as counsel for CVC, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

_____
United States District/Magistrate Judge



ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVC, INC., | ) |
| | ) |
| Plaintiff, | ) NO.: 07-CV- 4561 |
| v. | ) |
| | ) |
| ORIDION CAPNOGRAPHY, INC., | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE

I, Mitchell A. Kramer, do hereby certify that I have on June 20, 2007 caused true and correct copies of the Pro Hac Vice Motions of Mitchell A. Kramer and Barbara H. Kramer and accompanying documents to be served by Certified Mail/Return Receipt Requested, No: 7001 1140 0002 4916 6231, upon defendant as follows:

Oridion Capnography, Inc.
21 Highland Circle
Needham, MA 02494

*Mitchell A. Kramer* (signature)

Mitchell A. Kramer
Kramer & Kramer, LLP
1077 Rydal Road, Suite 100
Rydal, PA 19046
(215) 887-9030

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 6/20/07 |
| 1. Article Addressed to:<br>Oridion Capnography, Inc<br>21 Highland Circle<br>Needham, MA 02494 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article (Transf  7001 1140 0002 4916 6231 | |
| PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540 | |