Richard Resnik (RR-1407)
Alexander M. Jeffrey, Jr. (AJ – 1823)
Eddy Salcedo (ES – 3391)
SEYFARTH SHAW LLP
1270 Avenue of the Americas, Suite 2500
New York, New York 10020
(212) 218-5500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CVC, INC.,

                       Plaintiff,

    - against -

ORIDION CAPNOGRAPHY, INC.,

                       Defendant.
------------------------------------------------------------x

ECF CASE

Case No. 07-CV-4561

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Eddy Salcedo, an Associate with Seyfarth Shaw LLP, 1270 Avenue of the Americas, Suite 2500, New York, New York 10020, hereby enters his appearance as lead attorney for defendant Oridion Capnography, Inc., in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 12, 2007

                                  SEYFARTH SHAW LLP

                                  By: _____
                                  Eddy Salcedo (ES-3391)
                                  1270 Avenue of the Americas, Suite 2500
                                  New York, New York 10020
                                  (212) 218-5500

                                  Attorney for Defendant
                                  Oridion Capnography, Inc.