## CERTIFICATE OF SERVICE

I certify that on July 12, 2007, I caused to be served a true and correct copy of the foregoing Notice of Appearance by U.S. mail, regular delivery, postage pre-paid, on all counsel in this matter at the following address:

>Henry A. Lowet, Esq.
>Philips Nizer LLP
>666 Fifth Avenue
>New York, New York 10103
>
>Mitchell Kramer, Esq. *Pro Hac Vice Pending*
>Kramer & Kramer LLP
>1077 Rydal Road, Suite 100
>Rydal, Pennsylvania 19046

Eddy Salcedo