(CEDARBAUM, J.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

CVC, INC.,                                         :

                          Plaintiff,               :              **07-CV-4561 (MGC)**

                                                   :              **ECF CASE**

        - against -                                :
                                                   :    **STIPULATION FOR EXTENSION**
ORIDION CAPNOGRAPHY, INC.,                          :       **OF TIME TO RESPOND**
                                                   :            **TO COMPLAINT**
                          Defendant.               :

                                                   :

------------------------------------------------x

### STIPULATION FOR EXTENSION OF TIME
### TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff

CVC, Inc. and counsel for defendant Oridion Capnography, Inc. that defendant shall have an

extension until August 30, 2007 within which to respectively serve an Answer, move or

otherwise respond to the complaint in this action.

Dated: New York, New York
       July 12, 2007

SEYFARTH SHAW LLP                              PHILIPS NIZER LLP

By:                                            By:
   Richard Resnik (RR-1407)                       Henry A. Lowet (HL-1957)
   Alexander M. Jeffrey, Jr. (AJ-1823)         666 Fifth Avenue
   Eddy Salcedo (ES – 3391)                    New York, New York 10103
1270 Avenue of the Americas, Suite 2500        (212) 977-9700
New York, New York 10020
(212) 218-5500                                 KRAMER & KRAMER, LLP
Attorneys for Defendant                        Mitchell Kramer  *Pro Hac Vice Pending*
   Oridion Capnography, Inc.                    1077 Rydal Road, Suite 100
                                               Rydal, Pennsylvania 19046
                                               (215) 887-9030

                                               Attorneys for Plaintiff

SO ORDERED this 13th day
of July , 2007

MIRIAM GOLDMAN CEDARBAUM
UNITED STATES DISTRICT JUDGE

NY1 26475312.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-13-07