KRAMER & KRAMER LLP    Fax:215-887-9240    Sep 10 2007 02:07pm P003/003

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVC, INC., <br><br>    Plaintiff,<br>v.<br><br>ORIDION CAPNOGRAPHY, INC.,<br><br>    Defendant. | ) <br> ) <br> ) NO.: 07-CV-4561 (mec) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

This 10th day of September, 2007, this case having been settled, the parties, through their respective counsel, hereby stipulate that the matter be dismissed with prejudice, each party to bear its own costs.

PHILLIPS NIZER

*/s/ Henry A. Lowet*

Henry A. Lowet
Counsel for Plaintiff
666 Fifth Avenue
New York, New York 10103
(212) 841-0719

SEYFARTH SHAW, LLP

*/s/ Alexander M. Jeffrey, Jr.*

Alexander M. Jeffrey, Jr.
Counsel for Defendant
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

SO ORDERED:

_____
U.S.D.J.
9-17-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07